**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.                                     Case No: 5:19-cv-218-Oc-30PRL

JOHN DOE SUBSCRIBER ASSIGNED
IP ADDRESS 97.101.82.7,

    Defendant.

_____

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Voluntary Dismissal without Prejudice of John Doe (Dkt. 11). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions, if any, are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 17th day of June, 2019.

                                                 _/s/ James S. Moody, Jr._
                                                 JAMES S. MOODY, JR.
                                                 UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record